LAW OFFICES OF
**JAMES A. WYATT**
3575 Sunset Drive (96001)
POST OFFICE BOX 992338
REDDING, CA 96099-2338
(530) 244-6060
(530) 244-6069 Facsimile
ajwyatt@sbcglobal.net

STATE BAR NO. 081128

Attorney for Defendants
D.A. DON A. ANDERSON, D.D.A. DANIEL G. FLESCH,
DEPUTY WILLIAM DJERNES, and LAKE COUNTY SHERIFF'S OFFICE

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

---ooOoo---

| | |
|---|---|
| Michael D. Nilsen,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Judge Michael S. Lunas, in his private/personal capacity, Lake County Deputy Sheriff William Djernes, in his private/personal capacity, CHP officer Ryan Erickson, in his private/personal capacity, CHP officer C.J. Tuggle, in his private/personal capacity, Daniel Hickey, in his private/personal capacity, Sutter Lakeside Hospital, Lake County District Attorney Don A. Anderson, in his private/personal capacity, Deputy D.A. Daniel Flesch, in his private/personal capacity, Judge Andrew S. Blum, in his private/personal capacity, Judge Arthur H. Mann, in his private/personal capacity and | CASE NO. 1:16 CV 03631 EMC<br><br>**DEFENDANTS' D.A. ANDERSON, D.D.A. FLESCH, DEPUTY DJERNES AND LAKE COUNTY SHERIFF'S OFFICE NOTICE OF MOTION TO DISMISS**<br><br>Hearing Date: September 1, 2016<br>Hearing Time: 1:30 p.m.<br><br>Location.: 450 Golden Gate Avenue<br>　　　　　　San Francisco, CA<br>Courtroom: 5<br>Honorable: Edward M. Chen |

1

DEFENDANTS' D.A. ANDERSON, D.D.A. FLESCH, DEPUTY DJERNES AND LAKE COUNTY SHERIFF'S OFFICE NOTICE OF MOTION TO DISMISS
Case No. 16 CV 033631 EMC

LAW OFFICES OF
JAMES A. WYATT
P. O. BOX 992338
REDDING, CA 96099-2338
(530) 244-6060

LAW OFFICES OF
JAMES A. WYATT
P. O. BOX 992338
REDDING, CA 96099-2338
(530) 244-6060

Judge Stephen O. Hedstrom, in his private/personal capacity; Lake County Sheriff's Office, California Highway Patrol DOES 1-10, inclusive,

Defendants.

TO: ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

**NOTICE IS HEREBY GIVEN** that on **September 1, 2016, at 1:30 p.m.**, or as soon thereafter as the matter may be heard in Courtroom #5 of this court, located at 450 Golden Gate Avenue, San Francisco, California, DEFENDANTS D.A. DON A. ANDERSON, D.D.A. DANIEL FLESCH, DEPUTY WILLIAM DJERNES AND LAKE COUNTY SHERIFF'S OFFICE, move to dismiss the complaint, in its entirety, of Plaintiff, MICHAEL D. NILSEN.

The motion will be based on this Notice of Hearing, the Memorandum of Points and Authorities filed and served July 19, 2016, in this matter, the papers and records on file herein, and on such oral and documentary evidence as may be presented at the hearing of the motion.

DATED: July 25th, 2016

LAW OFFICE OF JAMES A. WYATT

/s/ James C. Wyatt
JAMES A. WYATT
Attorney for Defendants
D.A. DON A. ANDERSON, D.D.A. DANIEL G. FLESCH, DEPUTY WILLIAM DJERNES, and LAKE COUNTY SHERIFF'S OFFICE

2

DEFENDANTS' D.A. ANDERSON, D.D.A. FLESCH, DEPUTY DJERNES AND LAKE COUNTY SHERIFF'S OFFICE NOTICE OF MOTION TO DISMISS
Case No. 16 CV 033631 EMC

# PROOF OF SERVICE

**DOCUMENT SERVED:** DEFENDANTS' D.A. ANDERSON, D.D.A. FLESCH, DEPUTY DJERNES AND LAKE COUNTY SHERIFF'S OFFICE NOTICE OF MOTION TO DISMISS

I am over the age of 18 years and not a party to the within action. I work in Shasta County, California, at the Law Office of James A. Wyatt, located at 3575 Sunset Drive, Redding, California, 96001.

I am readily familiar with the daily business practice for collection and processing of correspondence and documents for mailing with the United States Postal Service, that the correspondence and documents will be, in the ordinary course of business, deposited with the United States Postal Service that same day.

____ On the date this declaration is signed below, a true copy of the above-described document was placed by me in an envelope addressed to the person(s) at the address(es) set forth below, then sealed and following ordinary business practices, placed for collection and mailing on this date with the United States Postal Service at their Redding, California facility.

## NAME AND ADDRESS OF PERSON(S) SERVED:

| | |
|---|---|
| Michael D. Nilsen<br>11300 W. Widgeon Way<br>Clearlake Oaks, CA 95423<br>(Plaintiff)<br>Via U.S. Mail | Barry Vogel, Esql<br>La Follette, Johnson, De Haas,<br>Fesler & Ames<br>655 University Avenue, Suite 119<br>Sacramento, CA 95825<br>Attorneys for Defendants<br>Sutter West Bay Region and<br>Daniel Hickey<br>(served electronically) |
| Craig L. Judson, Esq.<br>Bold, Polisner, Maddow, Nelson<br>  & Judson<br>500 Ygnacio Valley Road, Suite 325<br>Walnut Creek, CA 94596<br>Attorneys for Defendants<br>Lunas, Blum, Mann, and Hedstrom<br>(served electronically) | |

3

DEFENDANTS' D.A. ANDERSON, D.D.A. FLESCH, DEPUTY DJERNES AND LAKE COUNTY SHERIFF'S OFFICE NOTICE OF MOTION TO DISMISS
Case No. 16 CV 033631 EMC

I declare under penalty of perjury that the foregoing is true and correct. Executed at 3575 Sunset Drive, Redding, California on July 25, 2016.

*Stephanie Reid* (signature)
Stephanie Reid

4

DEFENDANTS' D.A. ANDERSON, D.D.A. FLESCH, DEPUTY DJERNES AND LAKE COUNTY SHERIFF'S OFFICE NOTICE OF MOTION TO DISMISS
Case No. 16 CV 033631 EMC

LAW OFFICES OF
JAMES A. WYATT
P. O. BOX 992338
REDDING, CA 96099-2338
(530) 244-6060