| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | BARRY VOGEL, STATE BAR NO. 108640<br>*bvogel@ljdfa.com*<br>SCOTT FOLEY, STATE BAR NO. 278357<br>*sfoley@ljdfa.com*<br>**LA FOLLETTE, JOHNSON,**<br>**DE HAAS, FESLER & AMES**<br>655 University Avenue, Suite 119<br>Sacramento, California 95825<br>Phone: (916) 563-3100<br>Facsimile: (916) 565-3704<br><br>Attorneys for Defendants<br>SUTTER WEST BAY REGION dba SUTTER LAKESIDE HOSPITAL and DANIEL HICKEY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. NILSEN,<br><br>      Plaintiff,<br><br>v.<br><br>JUDGE MICHAEL S. LUNAS, in his private/personal capacity; LAKE COUNTY DEPUTY SHERIFF WILLIAM DJERNES, in his private/personal capacity; CHP OFFICER RYAN ERICKSON, in his private/personal capacity; CHP OFFICER C.J. TUGGLE, in his private/personal capacity; DANIEL HICKEY, in his private/personal capacity; SUTTER LAKESIDE HOSPITAL; LAKE COUNTY DISTRICT ATTORNEY DON A. ANDERSON, in his private/personal capacity; DEPUTY D.A. DANIEL FLESCH, in his personal/private capacity; JUDGE ANDREW S. BLUM, in his private/personal capacity; JUDGE ARTHUR H. MANN, in his private/personal capacity; JUDGE STEPHEN O. HEDSTROM, in his private/personal capacity; LAKE COUNTY SHERIFF'S OFFICE, CALIFORNIA HIGHWAY PATROL DOES 1-10, inclusive.<br><br>      Defendants. | Case No.: 16-CV-03631-EMC<br><br>AND ORDER AS MODIFIED<br>**STIPULATION TO CONTINUE THE HEARING ON DEFENDANTS SUTTER LAKESIDE HOSPITAL'S AND DANIEL HICKEY'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: August 2, 2018<br>Time: 2:30 p.m.<br>Dept: Courtroom 5<br><br><br><br><br>Trial Date: None<br>Action Filed: June 28, 2016<br><br>Hon. Edward M. Chen |

///

1

Stipulation to Continue the Hearing on Defendants' Motion for Summary Judgment (16-cv-03631-EMC)

Defendants Sutter Lakeside Hospital and Daniel Hickey filed a motion for summary judgment and the hearing is currently scheduled for August 2, 2018, at 2:30 p.m. Due to recent and ongoing wildfires in Lake County, it will be difficult or even impossible for Plaintiff Michael Nilsen to travel to San Francisco for the hearing. With many areas evacuated, if Mr. Nilsen were able to leave his home, he would not be able to return for multiple days. Mr. Nilsen cannot drive himself to the hearing, so whoever drives him to San Francisco for the hearing will also be affected and unable to return home.

Mr. Nilsen and Defendants therefore stipulate and agree to continue the hearing on Defendants' Motion for Summary Judgment to ~~September 13, 2018, at 1:30 p.m.~~, subject to the Court's approval.

SO STIPULATED.

Dated: July 31, 2018

LA FOLLETTE, JOHNSON,
DE HAAS, FESLER & AMES

By: */s/ Scott Foley*
    SCOTT FOLEY
    Attorneys for Defendants
    SUTTER WEST BAY REGION dba
    SUTTER LAKESIDE HOSPITAL and
    DANIEL HICKEY

Dated: July 31, 2018

By: */s/ Michael Nilsen*
    MICHAEL NILSEN
    Plaintiff Pro Se

The hearing on the motion for summary judgment is VACATED. If the Court determines that a hearing is necessary, it will reset the hearing at a later date; if a hearing is not necessary, then the Court will rule based on the papers.

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — 7/31/2018 — IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]*

2
Stipulation to Continue the Hearing on Defendants' Motion for Summary Judgment (16-cv-03631-EMC)