UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DAVID NILSEN,<br>    Plaintiff,<br>    v.<br>RYAN ERICKSON, et al.,<br>    Defendants. | Case No. 16-cv-03631-EMC<br><br>**ORDER DISMISSING CASE**<br>Docket No. 108 |

Previously, the Court granted the Sutter Defendants' motion to dismiss and denied Mr. Nilsen's motion for entry of default against the individual CHP officers. At that time, the Court also issued an order instructing Mr. Nilsen to show cause as to why the claims against the individual CHP officers should not be also dismissed based on collateral estoppel. The Court gave Mr. Nilsen two weeks to file a response and expressly warned him that, if no response were timely filed, then the Clerk of the Court would "dismiss the claims against the CHP officers with prejudice and close the file in the case (as all claims against all defendants will have been resolved." Docket No. 108 (order).

The time for Mr. Nilsen to file a response to the order to show cause has passed. The Court has received no response from Mr. Nilsen. Accordingly, the Court hereby dismisses the

///
///
///
///
///
///

claims against the individual CHP officers with prejudice and orders the Clerk of the Court to enter a final judgment and close the file in this case.

**IT IS SO ORDERED**.

Dated: August 20, 2018

_____
EDWARD M. CHEN
United States District Judge